BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
1900 SAINT JAMES PLACE SUITE 500
HOUSTON, TX 77056
(713) 621-8673

Attorney for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-10028-RLJ-13 |
| | § | |
| SAM ELLIS STRATTON and | § | |
| LESLIE MARTIN STRATTON, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| JPMORGAN CHASE BANK, | § | |
| NATIONAL ASSOCIATION, ITS | § | |
| ASSIGNS AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
| Movant | § | HEARING DATE: _____ |
| | § | |
| v. | § | TIME: _____ |
| | § | |
| SAM ELLIS STRATTON and | § | |
| LESLIE MARTIN STRATTON; | § | |
| and WALTER O'CHESKEY, | § | |
| Trustee | § | |
| Respondents | § | JUDGE ROBERT L. JONES |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

I ___Lauri Watkins___, declare under penalty of perjury as follows:

1.    This supplemental declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2.    I am a/an ___Vice President___ of JPMorgan Chase Bank, National Association ("Chase") and am authorized to sign this supplemental declaration on behalf of

13-10028

CHASE. In this position, I have access to the business records of Chase, and my responsibilities include ascertaining and verifying amounts due and payable as to delinquent bankruptcy accounts.

3. The facts stated in this declaration are based upon information that I obtained by reviewing records maintained in the ordinary course of Chase's business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described.

4. SAM E. STRATTON and LESLIE MARTIN ("Borrower") executed a note dated **December 22, 2006** in favor of HOME123 CORPORATION, in the original principal sum of $72,500.00 (the "Note").

5. The Note is secured by a Deed of Trust encumbering certain real property commonly known as 3565 HIGHLAND AVENUE, ABILENE, TX 79605.

6. The Movant's agent has possession of the original promissory note, and the note is payable to the Movant.

7. As of 02/14/2014 the Borrower failed to make one or more post-petition payments with respect to this loan.

8. The unpaid principal balance of this loan as of 02/14/2014 is $65,838.30.

9. The following chart sets forth those post-petition payments that the borrower failed to make with respect to this loan as of 02/14/2014::

| Number of Missed Payments | From | To | Principal And Interest | Escrow (if applicable) | Monthly Payment Amount | Total Amounts |
|---|---|---|---|---|---|---|
| 3 | 12/01/2013 | 02/01/2014 | $464.23 | $307.78 | $ 772.01 | $2,316.03 |
| Less postpetition partial payments (suspense balance): | | | | ($ 83.97) | | |

Total: $2,232.06

In addition, monthly payment obligations will continue to accrue under the terms of the Note.

10. As of 02/14/2014, the total post-petition arrearage/delinquency needed to cure the post-petition default is **$2,232.06**, consisting of (i) the foregoing total of missed postpetition payments in the amount of $2,232.06, plus (ii) the following postpetition fees [and advances for taxes and insurance]

| Description | Amount |
| --- | --- |
| N/A | 0.00 |
| N/A | 0.00 |

11. Attached hereto as Exhibit "A" is a postpetition payment history.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11 day of MAR, 2014.

Name: Lauri Watkins
Title: Vice President

13- 10028

EXHIBIT "A"

| Loan #: | | Bankruptcy Filing Date: | 02/14/2013 | | Bankruptcy Case # | 13-10028 |
|---|---|---|---|---|---|---|
| Borrower: | LESLIE MARTIN | Bankruptcy Chapter: | 13 | | Bankruptcy Status: | Active |
| Co-Borrower: | SAM STRATTON | | | | | |
| As of Date: | 2/14/2014 | Unpaid Principal Balance: | 65638.3 | | Avg Days/Month | 30.42 |
| History Start Date: | 02/14/2013 | Loan Next Due Date: | 12/1/2013 | | Interest From | 11/01/2013 |
| History End Date: | 2/14/2014 | Escrow Balance: | -676.41 | | Interest To | 02/15/2014 |
| | | | | | Interest Rate | 6.625% |
| | | | | | Number of Days | 106 |
| | | | | | Amount Per Day | 11.94 |
| | | | | | Interest amount | 1265.64 |

| Transaction Date | Post-Petition Funds Received | Pre-Petition Funds Received | Agreed Order Stip Payment Due Date | Agreed Order Stip Payment Amount | Post-Petition Date Paid | Post-Petition Payment Amount | NOTES | Post-Petition Principal and Interest Amount | Post Escrow Amount | To / From Suspense | Debtor Suspense Balance | Pre-Petition Claim Balance | Accident and Health Insurance Amount | Life Insurance Amount | Fees Amount | Fee Description | Subsidy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | $0.00 | $100.34 | | | | | |
| 03/20/2013 | $772.01 | | | | 03/01/2013 | $772.01 | | $464.23 | $307.78 | $0.00 | $0.00 | $100.34 | | | | | |
| 04/02/2013 | $768.61 | | | | | | | | | $768.61 | $768.61 | $100.34 | | | | | |
| 05/06/2013 | $772.01 | | | | 04/01/2013 | $772.01 | | $464.23 | $307.78 | $0.00 | $768.61 | $100.34 | | | | | |
| 06/03/2013 | $772.01 | | | | 05/01/2013 | $772.01 | | $464.23 | $307.78 | $0.00 | $768.61 | $100.34 | | | | | |
| 06/04/2013 | | $30.00 | | | | $0.00 | | | | $0.00 | $768.61 | $70.34 | | | | | |
| 06/28/2013 | $772.01 | | | | 06/01/2013 | $772.01 | | $464.23 | $307.78 | $0.00 | $768.61 | $70.34 | | | | | |
| 07/05/2013 | | $10.00 | | | | $0.00 | | | | $0.00 | $768.61 | $60.34 | | | | | |
| 08/05/2013 | | $10.00 | | | | $0.00 | | | | $0.00 | $768.61 | $50.34 | | | | | |
| 08/12/2013 | $772.01 | | | | 07/01/2013 | $772.01 | | $464.23 | $307.78 | $0.00 | $768.61 | $50.34 | | | | | |
| 09/04/2013 | | $10.00 | | | | $0.00 | | | | $0.00 | $768.61 | $40.34 | | | | | |
| 09/12/2013 | $3.40 | | | | 08/01/2013 | $772.01 | | $464.23 | $307.78 | $(768.61) | $0.00 | $40.34 | | | | | |
| 10/01/2013 | | $23.17 | | | | $0.00 | | | | $0.00 | $0.00 | $17.17 | | | | | |
| 10/16/2013 | $800.00 | | | | 09/01/2013 | $772.01 | | $464.23 | $307.78 | $27.99 | $27.99 | $17.17 | | | | | |
| 11/05/2013 | | $23.17 | | | | $0.00 | | | | $0.00 | $27.99 | $(6.00) | | | | | |
| 11/12/2013 | $800.00 | | | | 10/01/2013 | $772.01 | | $464.23 | $307.78 | $27.99 | $55.98 | $(6.00) | | | | | |
| 12/02/2013 | | $8.07 | | | | $0.00 | | | | $0.00 | $55.98 | $(14.07) | | | | | |
| 01/22/2014 | $800.00 | | | | 11/01/2013 | $772.01 | | $464.23 | $307.78 | $27.99 | $83.97 | $(14.07) | | | | | |
| | | | | | 12/01/2013 | $772.01 | DUE | $464.23 | $307.78 | $(772.01) | $(688.04) | $(14.07) | | | | | |
| | | | | | 01/01/2014 | $772.01 | DUE | $464.23 | $307.78 | $(772.01) | $(1,460.05) | $(14.07) | | | | | |
| | | | | | 02/01/2014 | $772.01 | DUE | $464.23 | $307.78 | $(772.01) | $(2,232.06) | $(14.07) | | | | | |

2/18/2014

| Bankruptcy Statement of Amount Due | 2/14/2014 | | Original Loan Amt: | |
|---|---|---|---|---|
| | | | Note Date: | |
| | | | Maturity Date: | 01/01/2037 |
| Loan: | 1700 | | Recording Date: | |
| Attorney File #: | | | Page: | |
| Borrower: | LESLIE MARTIN STRATTON,SAM | | Book: | |
| Co-Borrower: | | | | |
| Property Address 1: | 3565 HIGHLAND AVE | | Legal Description: | |
| Property Address 2: | | | Placeholder | |
| Property City: | ABILENE | | | |
| Property State: | TX | | | |
| Property Zip: | 79605 | | | |
| Property County: | Placeholder | | | |
| Payoff Good Thru: | 02/14/2014 | | | |
| Last Payment Installment: | 11/01/2013 | | | |
| Next Due Date: | 12/01/2013 | | | |
| Interest Rate: | 6.625% | | | |
| Per Diem: | $11.94 | | | |
| Principal Balance as of: | | | | $65,838.30 |
| Interest Due | Per Diem | From | To | # of Days |
| 6.625% | $11.94 | 11/01/2013 | 02/15/2014 | 106 $1,265.64 |

2/18/2014